IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| **Trustees of the Teamsters Local 456 Pension, Health & Welfare Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456**<br><br>*Plaintiff,*<br><br>v.<br><br>**BRIGA TRUCKING, INC. and BRIGA LANDSCAPING INC.,**<br><br>*Defendants.* | Civil No. 08-1219<br>CONNER<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Galgano & Associates hereby enters an appearance on behalf of the defendants, BRIGA TRUCKING, INC. and BRIGA LANDSCAPING, INC. in this action.

Dated: White Plains, New York
      March 24, 2008

                                                George W. Galgano (GG-8009)
                                                GALGANO & ASSOCIATES
                                                399 Knollwood Road
                                                White Plains, New York 10603
                                                (914) 428-2323 (telephone)
                                                (914) 428-3298 (facsimile)

                                                *Attorney for Defendants*
                                                Briga Trucking, Inc.
                                                Briga Landscaping, Inc.