IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & welfare, Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456,<br><br>Plaintiff,<br><br>v.<br><br>BRIGA TRUCKING, INC. and BRIGA LANDSCAPING, INC.,<br><br>Defendants. | Civil No. 08-01219-CONNER<br><br>RULE 7.1 CORPORATE DISCLOSURE |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendants certifies that the following are corporate parents, subsidiaries or affiliates of that party:

NONE

Dated: White Plains, New York
       March 24, 2008

Yours, etc,

GEORGE W. GALGANO, JR., ESQ.
(GG 8009)
*Attorney for Defendants*
*Briga Trucking, Inc.*
*Briga Landscaping, Inc.*
399 Knollwood Road
White Plains, New York 10603
(914) 428-2323