**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension, Health & Welfare
Annuity, Education & Training, S.U.B. Industry Advancement
and Legal Services Funds and the Westchester Teamsters Local
Union No. 456,

                             Plaintiffs,

-against-                                         08 Civ.1219 (WCC)
                                                 ECF CASE
                                                 **SUBSTITUTION OF**
BRIGA TRUCKING, INC. and BRIGA LANDSCAPING INC.,  **ATTORNEY**

                             Defendants.
-------------------------------------------------------------------x

     PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Giacchino Russo, Esq. is hereby substituted as counsel of record.

Dated : Elmsford, NY
         August 26, 2008

                                                 Barnes, Iaccarino, Virginia,
                                                 Ambinder & Shepherd, PLLC

                                                 By: _____
                                                 Giacchino Russo,Esq.(GR8313)
                                                 258 Saw Mill River Road
                                                 Elmsford, NY 10523
                                                 (914) 592-1515

SO ORDERED:

_____
HONORABLE JUDGE WILLIAM C. CONNER, U.S.D.J

Date: Sept. 3, 2008
White Plains, NY



COPIES MAILED TO COUNSEL OF RECORD 9/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TRUSTEES OF THE TEAMSTERS LOCAL 456 PENSION,
HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING,
S.U.B., INDUSTRY ADVANCEMENT AND LEGAL SERVICES
FUNDS,

                              Plaintiffs,

    -against-                                          08 Civ. 1219 (WCC)

                                                             **AFFIDAVIT
                                                             PURSUANT TO
                                                              LOCAL CIVIL
BRIGA TRUCKING, INC. and BRIGA LANDSCAPING INC.,   RULE 1.4**

                              Defendants.
---------------------------------------------------------------x

STATE OF NEW YORK        )
                                   ) ss.:
COUNTY OF WESTCHESTER  )

    Giacchino James Russo, Esq., being duly sworn, deposes and says:

    1.    I am a member of the bar of this Court and am associated with the firm Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, the attorneys of record for the Plaintiffs, Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Fund. I am fully familiar with the facts set forth herein, and submit this Affidavit with the annexed Substitution of Attorney pursuant to Local Civil Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York.

2.  Karin Arrospide, Esq., who was counsel of record for Plaintiffs in this action, is no longer associated with this firm, and I have been assigned as the attorney for this matter.

3.  The Complaint and Rule 7.1 were filed on February 6, 2008. This case is currently scheduled for Initial Pre Trial Conference on September 17, 2008.

WHEREFORE, Plaintiffs respectfully request that the annexed Substitution of Attorney be granted.

Dated: Elmsford, New York
August 26, 2008

Giacchino James Russo, Esq. (GR8313)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

Sworn to before me this 26th day of August, 2008

_____
Notary Public

EMILY ROSCIA
Notary Public, State of New York
No. 02-RO6099447
Qualified in Westchester County
Commission Expires September 29, 2011

F:\L373 Collections\

EMILY ROSCIA
Notary Public, State of New York
No. 02-RO6099447
Qualified in Westchester County
Commission Expires September 29, 2011

2